IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SYLVIA A.,[1] | § |
| Plaintiff, | § § § |
| v. | §   CIVIL ACTION NO. 5:21-CV-076-M-BQ |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | § § § § |
| Defendant. | § § |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

On August 8, 2022, the United States Magistrate Judge entered Findings, Conclusions, and a Recommendation. ECF No. 30. Neither party filed objections, and the Magistrate Judge's recommendation is now ripe for review. The District Court has reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is, therefore, **ORDERED** that the Commissioner's step four determination is **REVERSED** and this case is **REMANDED** for further administrative proceedings.

**SO ORDERED**, this 31st day of August, 2022.

BARBARA M. G. LYNN
CHIEF JUDGE

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies Plaintiff only by first name and last initial.